LAM 12B
(04/22)

# UNITED STATES DISTRICT COURT
# for the
# Middle District of Louisiana

### REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE PERSON UNDER SUPERVISION

*(Probation Form 49, Waiver of Hearing Attached)*

| | |
|---|---|
| Name of Offender: | Terry Dorsey |
| Case Number: | 3:20CR00041-1 |
| Name of Sentencing Judicial Officer: | Honorable Brian A. Jackson<br>U.S. District Judge |
| Date of Original Sentence: | December 2, 2021 |
| Original Offense: | **Count 1**:<br>Conspiracy to Maliciously Destroy by Fire<br>18 U.S.C. § 844(i) and (n), Class C Felony |
| Original Sentence: | 18 months imprisonment, followed by two years supervised release |
| Modifications: | Not Applicable |
| Date of Release<br>U.S. Bureau of Prisons (BOP): | August 12, 2022 |
| Released to Detainers: | ☐ Yes    x No |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | August 12, 2022 |

## PETITIONING THE COURT

☐ To extend the term of supervision for ____ years, for a total term of ____ years.

☒ To modify the conditions of supervision as follows:

*The defendant must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc.). The defendant must pay the costs of mental health treatment program, to the extent he/she is financially able to pay. The U.S. Probation Office must determine the defendant's ability to pay and any schedule for payment, subject to the Court's review upon request.*

**REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE PERSON UNDER SUPERVISION**
Terry Dorsey
February 3, 2023
Page 2

*The defendant must take all mental health medications that are prescribed by his/her treating physician. The defendant must pay the costs of the medication, to the extent he/she is financially able to pay. The U.S. Probation Office must determine the defendant's ability to pay and any schedule for payment, subject to the Court's review upon request.*

## CAUSE

Mr. Dorsey has a special condition for anger management treatment. In order to participate in this type of treatment, our vendor requires a mental health assessment/evaluation. Mr. Dorsey needs a special condition for a mental health assessment and/or treatment in advance of anger management classes. Mr. Dorsey has agreed to have his conditions modified to include a mental health assessment and/or treatment and a mental health medication condition. Mr. Dorsey agreed to waive his right to a hearing and counsel and signed the Prob 49. Our office contacted Assistant United States Attorney Lyman Thornton, III and he has no objection to this modification.

Executed on February 3, 2023,

Respectfully Submitted,

Clarence P. Rambo
Chief U.S. Probation Officer

Reviewed by:

_Cassandra L. Robbins_
Cassandra L. Robbins
Supervisory U.S. Probation Officer

By: _Lynn Guillot_
Lynn Guillot
Sr. U.S. Probation Officer

---

**THE COURT ORDERS**

☐ No Action

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_Brian A. Jackson_
Honorable Brian A. Jackson
U.S. District Judge

2/6/23
Date

Prob 49
(3/89)

# UNITED STATES DISTRICT COURT
# for the
# Middle District of Louisiana

### Waiver of Hearing to Modify Conditions
### of Probation / Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitle by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modifications of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Terry Dorsey, Docket 3:20CR00041-1

*The defendant must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc.). The defendant must pay the costs of mental health treatment program, to the extent he/she is financially able to pay. The U.S. Probation Office must determine the defendant's ability to pay and any schedule for payment, subject to the Court's review upon request.*

*The defendant must take all mental health medications that are prescribed by his/her treating physician. The defendant must pay the costs of the medication, to the extent he/she is financially able to pay. The U.S. Probation Office must determine the defendant's ability to pay and any schedule for payment, subject to the Court's review upon request.*

Witness: _____  Signed: _____
U.S. Probation Officer                                         Probationer or Supervised Releasee

1-27-23
Date