LAM 12B
(04/22)

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

### REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE PERSON UNDER SUPERVISION

*(Probation Form 49, Waiver of Hearing Attached)*

| | |
|---|---|
| Name of Offender: | Terry Dorsey |
| Case Number: | 3:20CR00041-1 |
| Name of Sentencing Judicial Officer: | Honorable Brian A. Jackson<br>U.S. District Judge |
| Date of Original Sentence: | December 2, 2021 |
| Original Offense: | **Count 1**: Conspiracy to Commit Arson Affecting Interstate Commerce, 18 U.S.C. § 844(i) and (n), Class C Felony |
| Original Sentence: | 18 months imprisonment, followed by two years supervised release |
| Modifications: | February 6, 2023: Conditions modified to include a mental health assessment and/or treatment and a mental health medication condition.<br><br>April 5, 2023: Conditions modified to include the defendant must not communicate with "J.E." who is listed as a protected person in an Order of Protection in the 19th Judicial District Court, East Baton Rouge, Docket J-2300000948. Additionally, the defendant must not communicate, including but not limited to: in person, through writing, text message, telephone contact, or otherwise interact, with Jerry Huggins, without the permission of the probation officer. |
| Date of Release<br>U.S. Bureau of Prisons (BOP): | August 12, 2022 |
| Released to Detainers: | ☐ Yes    ☒ No |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | August 12, 2022 |

REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE PERSON UNDER SUPERVISION
Terry Dorsey
August 14, 2023
Page 2

## PETITIONING THE COURT

☐ To extend the term of supervision for ____ years, for a total term of ____ years.

☒ To modify the conditions of supervision as follows:

*"The restitution shall be due immediately, but nonpayment is not a violation of supervised release so long as the defendant makes the required monthly payments during supervision at a rate of at least $200.00 per month for the months of August, September, October, November, December 2023, and January 2024. Following these six months, the required monthly payment during supervision will be at a rate of $500.00 beginning February 2024."*

## CAUSE

Mr. Dorsey is employed. A financial investigation reflects he can pay $200.00 per month toward his restitution balance for a period of six months. On February 17, 2023, Mr. Dorsey posted a state bond on a pending third-degree rape charge in the 19th Judicial District Court, Baton Rouge, Louisiana. As of this writing, his current state bond balance is $2,130.00, and he pays $380.00 per month toward said balance. Mr. Dorsey will be able to pay $500.00 per month once he satisfies his state bond obligation. Mr. Dorsey agreed to the modifications, waived his right to a hearing and counsel, and signed a Prob 49. The government is not opposed to this payment plan.

Executed on August 14, 2023,

Respectfully Submitted,

Clarence P. Rambo
Chief U.S. Probation Officer

Reviewed by:

By: *Lynn Guillot*

*Alexis Y. Bates*
Alexis Y. Bates
Supervisory U.S. Probation Officer

Lynn Guillot
Sr. U.S. Probation Officer

REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION WITH CONSENT OF THE PERSON UNDER SUPERVISION
Terry Dorsey
August 14, 2023
Page 3

## THE COURT ORDERS

☐ No Action

☐ The extension of supervision as noted above.

☒ The modification of conditions as noted above.

☐ Other

_____  
Honorable Brian A. Jackson  
U.S. District Judge

8/16/23  
_____  
Date

Prob 49
(3/89)

# UNITED STATES DISTRICT COURT
# for the
# Middle District of Louisiana

### Waiver of Hearing to Modify Conditions
### of Probation / Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitle by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modifications of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Terry Dorsey, Docket Number: 3:20CR00041-1

*The restitution shall be due immediately, but nonpayment is not a violation of supervised release so long as the defendant makes the required monthly payments during supervision at a rate of at least $200.00 per month for the months of August, September, October, November, December 2023, and January 2024. Following these six months, the required monthly payment during supervision will be at a rate of $500 beginning February 2024.*

Witness: _____  Signed: _____
U.S. Probation Officer                     Probationer or Supervised Releasee

8/8/23
Date