LAM 12A
(04/22)

# UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

### REPORT ON PERSON UNDER SUPERVISION

| | |
|---|---|
| Name of Offender: | Kenyatta Huggins |
| Case Number: | 3:20CR00041-2 |
| Name of Sentencing Judicial Officer: | Honorable Brian A. Jackson<br>U.S. District Judge |
| Date of Original Sentence: | December 2, 2021 |
| Original Offense: | Count 1: Conspiracy to Commit Arson Affecting Interstate Commerce, 18 U.S.C. § 844(i) and (n), Class C Felony |
| Original Sentence: | Count 1: 18 months imprisonment, followed by two years supervised release. |
| Modifications: | Not Applicable |
| Date of Release<br>U.S. Bureau of Prisons (BOP): | October 14, 2022 |
| Released to Detainers: | ☐ Yes   ☒ No |
| Type of Supervision: | Supervised Release |
| Date Supervision Commenced: | October 14, 2022 |

### NONCOMPLIANCE SUMMARY

The person under supervision has not complied with the following condition of supervision:

**VIOLATION NUMBER 1:** Grade C

Mandatory Condition:

"You must not commit another federal, state or local crime."

Nature of Noncompliance:

On December 11, 2023, a Baton Rouge Police Officer was working extra duty at an event when he observed a large fight break out. He called for additional officers to be dispatched to the scene. While officers were clearing the parking lot, two females were observed fighting. Despite police presence and multiple commands to stop fighting, both females continued to fight. As such, one of the officers

REPORT ON PERSON UNDER SUPERVISION
Kenyatta Huggins
May 7, 2024
Page 2

dispersed Aerosol Subject Restraint Spray (ASR) into both females' facial areas. Thereafter, both females were detained. Ms. Huggins was issued a summons for disturbing the peace (fistic) and resisting an officer. This matter is pending in Baton Rouge City Court under Case Number 23-CR-123731B.

U.S. Probation Officer Action:

In response to Violation Number 1, the following interim responses have been implemented: oral reprimand and referred to anger management treatment under the current conditions of supervision. Our office will continue to monitor the person under supervision's compliance with the conditions.

Executed on May 7, 2024,

Respectfully Submitted,

Clarence P. Rambo
Chief U.S. Probation Officer

Reviewed by:

Alexis Y. Bates
Supervisory U.S. Probation Officer

By: Christopher Martinez
Sr. U.S. Probation Officer

---

*No response is necessary unless the Court directs that additional action be taken as follows:*

☐  Submit a Request for Modifying the Condition or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other

_____          _____
Honorable Brian A. Jackson                Date
U.S. District Court Judge